GEORGE W. ROSS v. JAMES B. BARBER, RECORDER OF BAY CITY.

*Municipal corporations—Change of boundaries—Offices—Vacancy.*

The provision of the charter of Bay City that the office of alderman shall become vacant on the removal of the incumbent from his ward applies to a removal effected by a change of the boundaries of the wards by the Legislature as well as to a voluntary removal of the alderman.

*Mandamus.* Submitted June 9, 1891. Denied June 10, 1891.

Relator applied for *mandamus* to compel the drawing of an order in his favor for salary as an alderman of the Fifth ward of Bay City. The facts are sufficiently stated in the opinion.

*James Van Kleeck (Hatch & Cooley,* of counsel), for relator.

*John C. Weadock,* for respondent.

PER CURIAM. The present Legislature changed the boundaries of the wards of Bay City.

Previous to such change, relator was an alderman of the Fifth ward, and a resident therein. By the change of boundaries relator is no longer a resident of the Fifth ward, but now resides in the Fourth ward, as reconstructed by the Legislature, which is separated from the Fifth by the Eighth ward. The office of alderman, by the charter, becomes vacant by the removal of the alderman from his ward.

We think the removal provided for applies to removals by change of boundaries by the Legislature as well as a

voluntary removal by the alderman. The reasons apply equally to either mode of removal. In either case the office is vacant.

We do not determine the right of the mayor to fill the vacancy by appointment. *Stow v. Common Council,* 79 Mich. 595.